The Ocklawaha and St. Johns Navigation Company, Appellant, v. Joseph E. Lucas, Appellee.

### Division A.

Appeal from Circuit Court, Putnam county; William S. Bullock, Judge.

Jno. E. Marshall and E. E. Haskell for appellant.

B. P. Calhoun and S. J. Hilburn for appellee.

The bill in this cause was filed by the appellant against the appellee. There was a decree for the defendant, and the complainant appeals. The decree is affirmed.

Decision *Per Curiam.*

Rehearing denied May 24, 1904.